# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:14-cv-00904-DDP-JC | Date | June 16, 2023 |
|---|---|---|---|
| Title | Michael Gates v. Lonnie D. Jackson, Jr. et al | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR FAILURE TO COMPLY WITH COURT ORDER**

On April 18, 2023, this Court issued an Order Setting Briefing Schedule on Pending Motions ("April Order"), which, in pertinent part, directed Plaintiff to file responses (or a joint response) to Defendant's Motion to Enforce Settlement Agreement and Motion to Stay (collectively "Motions") within thirty (30) days, *i.e.*, by not later than May 18, 2023.[1]  The April Order cautioned Plaintiff, in bold-faced print that the failure timely to file oppositions to the Motions may be deemed consent to the granting of the Motions pursuant to Local Rule 7-12 and may result in dismissal which could end this case and that Plaintiff's failure timely to file oppositions to the Motions may result in the dismissal of this action for failure to prosecute and/or failure to comply with the April Order.  Plaintiff's deadline to file oppositions to the Motions expired nearly a month ago, but to date, Plaintiff has failed to file any opposition/response to the Motions.

In light of the foregoing, IT IS ORDERED that the Plaintiff shall show cause in writing, on or before **July 5, 2023**, as to why this case should not be dismissed based on Plaintiff's failure to prosecute and/or Plaintiff's failure to comply with the April Order.  If Plaintiff wishes to proceed with this action, Plaintiff must also file by no later than **July 5, 2023**, his currently overdue responses to the Motions or a request for an extension of time to do so which is supported by good cause.

**Plaintiff is cautioned that the failure timely to comply with this Order to Show Cause and/or to show good cause, may result in the dismissal of this action for failure to prosecute and/or failure to comply with the April Order and/or the instant Order.**

IT IS SO ORDERED.

---

[1] Plaintiff filed a Notice of Change of Address on May 25, 2023.  In light of time between the issuance of the April Order and the filing of the Notice of Change of Address, and the fact that the copy of the April Order that was served on Plaintiff at his prior address has not been returned undelivered, the Court presumes that Plaintiff received the April Order, but nonetheless, in an abundance of caution, issues this Order to Show Cause to afford Plaintiff what may be his final opportunity to avoid dismissal.